# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs –<br><br>JEFFREY ANDREWS,<br>CHAD BEENE,<br>ADAM BROSIUS, and<br>ROBERT SCHNEIDERMAN,<br><br>Defendants. | Criminal No. 20-578 (JMV)<br><br>**AMENDED SCHEDULING ORDER** |

THIS MATTER having come before the Court upon the joint application of Defendants Jeffrey Andrews (Michael J. Engle, Esq., appearing), Chad Beene (Michael Wynne, Esq., appearing), Adam Brosius (Mark A. Berman, Esq., appearing), and Robert Schneiderman (John A. Lord, Esq., appearing), for entry of an order extending the date for filing pretrial motions, and the Government (Jason S. Gould, Assistant U.S. Attorney, appearing) not having opposed the application, and for good cause shown,

IT IS on this 11th day of May, 2021, ORDERED as follows:

1) Defense Pretrial Motions shall be filed on or before August 13, 2021;

2) Government Opposition shall be filed on or before September 17, 2021;

3) Defense Replies shall be filed on or before October 1, 2021;

4) Oral argument on the motions will be held on November 2, 2021, at 10:30 a.m.

_____
Honorable John Michael Vazquez
UNITED STATES DISTRICT JUDGE