## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

  - vs -

JEFFREY ANDREWS,
CHAD BEENE,
ADAM BROSIUS, and
ROBERT SCHNEIDERMAN,

                  Defendants.

Criminal No. 20-578 (JMV)

**AMENDED SCHEDULING ORDER**

Pending before the Court is a motion filed by Defendants Chad Beene, Jeffrey Andrews, Adam Brosius and Robert Schneiderman for the continuance of the trial setting to which all Co-Defendants pending trial, as well as the government, are unopposed. In accordance with 18 USC § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendants in a speedy trial.

The Court finds that, pursuant to 18 USC § 3161, a failure to grant continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendants.

The Defendants recite that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 USC § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendants' Motion for Continuance is **GRANTED**. A period of excludable delay shall commence from <u>August 13, 2021</u>, pursuant to 18 USC § 3161, and end upon the start of trial.

Defense Pretrial Motions shall be filed on or before October 12, 2021;

Government opposition shall be filed on or before October 26, 2021;

Defense replies shall be filed on or before November 9, 2021;

Oral argument on the motions will be held on November 18, 2021 at 10:30 AM.

     **SIGNED** on this the 16th  day of August, 2021.


                                John Michael Vazquez, U.S.D.J.