

433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
800 Third Avenue, 28th Floor
New York, New York 10022
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, 3rd Floor
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Suite 300
Suffern, New York 10901-8219
t: 845.357.7900

October 3, 2021

**<u>VIA ECF ONLY</u>**

Hon. John Michael Vazquez
United States District Judge
United States P.O. & Courthouse
Federal Square
Newark, New Jersey 07101

        **Re:**    *USA v. Andrews, et al.*
                 **Criminal No. 20-578-JMV**

Dear Judge Vazquez:

       On behalf of all counsel in this case, I write to jointly request that the Court approve a new schedule for the filing and briefing of pretrial motions. Pretrial motions currently are due to be filed on October 12, 2021. I have been on trial before Judge Wolfson since the beginning of September and closing arguments are scheduled for this coming week. AUSA Gould is scheduled to commence a three-week trial in later November that will occupy most of his time between now and the conclusion of that trial and, hence, interfere with his ability to respond to any defense motions that are filed in the interim. Therefore, counsel have agreed upon – and seek the Court's approval of – a new schedule under which pretrial motions will be filed on or before December 15, 2021, and the government's opposition will be due on or before February 15, 2021.

       Thank you for the Court's consideration of this request.

                         Respectfully yours,

                         Mark A. Berman, Esq.

cc: All Counsel of Record (via ECF)