# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs –<br><br>JEFFREY ANDREWS,<br>CHAD BEENE,<br>ADAM BROSIUS, and<br>ROBERT SCHNEIDERMAN,<br><br>Defendants. | Criminal No. 20-578 (JMV)<br><br><br>**AMENDED SCHEDULING ORDER** |

THIS MATTER having come before the Court upon the joint application of Defendants Jeffrey Andrews (Michael J. Engle, Esq., appearing), Chad Beene (Michael Wynne, Esq., appearing), Adam Brosius (Mark A. Berman, Esq., appearing), and Robert Schneiderman (John A. Lord, Esq., appearing), for entry of an order extending the schedule for the filing of pretrial motions, and the Government (Jason S. Gould, Assistant U.S. Attorney, appearing) having consented to the application, and the Court finding that a failure to grant the requested extension would deny counsel for Defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for Defendants, and the Court having previously excluded the period from August 13, 2021 to the start of trial as excludable delay under 18 U.S.C. § 3161, and for good cause shown:

IT IS HEREBY ORDERED:

Defense Pretrial Motions shall be filed on or before <u>December 15, 2021</u>;

Government opposition shall be filed on or before <u>February 15, 2022</u>;

Defense replies shall be filed on or before <u>March 1, 2022</u>;

Oral argument on the motions will be held on March 14, 2022 at 10:30 a.m.

- 2 -

SIGNED on this 6th day of October, 2021.

                                                   _____
                                                   Honorable John Michael Vazquez
                                                   UNITED STATES DISTRICT JUDGE