UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| v. | : | Crim No. 20-578 (JMV) |
| JEFFREY ANDREWS, | : | |
| CHAD BEENE, | : | **CONTINUANCE** |
| ADAM BROSIUS, and | : | |
| ROBERT SCHNEIDERMAN | : | |

    This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Jason S. Gould, Assistant U.S. Attorney) and defendant Jeffrey Andrews (by Michael Engle, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through March 14, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter, to allow the parties to conduct plea negotiations, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter; and the defendant having consented to this continuance; and this being the third request for a continuance, and for good cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(3) The granting of a continuance will likely conserve judicial resources; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 12th day of November, 2021,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including March 14, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including March 14, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                  HON. JOHN MICHAEL VAZQUEZ
                                                  United States District Judge

Form and entry consented to:

_____
Jason S. Gould
Assistant U.S. Attorney


_____
Michael Engle, Esq.
Counsel for defendant