

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Jason S. Gould*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Direct Dial: (973) 645-2776*

January 31, 2022

**Via Email**

Honorable John Michael Vazquez
United States District Judge
Post Office Building & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07101

      Re:    *United States v. Andrews et al.*, Crim. No. 20-578

Dear Judge Vazquez:

      The Government respectfully submits this letter to request a one-month extension for the submission of the Government's responses to the defendants' pretrial motions. Currently the Government's responses are due on February 15, 2022. If granted, the extension would make the Government's responses due on March 15, 2022. Oral argument on those motions—currently scheduled for March 14, 2022—would also need to be rescheduled.

      All defense counsel consent to the Government's extension request. If this request is acceptable to the Court, the Government asks that it so-order this letter. The Government is available to discuss these issues with the Court at its convenience if necessary.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*s/ Jason S. Gould*
  By:  Jason S. Gould
Assistant U.S. Attorney

Request granted.
Government's response due by 3/15/22.
Any reply due by 3/29/22.
Oral argument is scheduled for 4/21/22 at 2:00 p.m.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/1/22