

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Jason S. Gould*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Direct Dial: (973) 645-2776*

March 14, 2022

**Via Email**

Honorable John Michael Vazquez
United States District Judge
Post Office Building & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07101

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 3/15/2022

    Re:    *United States v. Andrews et al.*, Crim. No. 20-578

Dear Judge Vazquez:

    The Government respectfully submits this letter to request an additional one-month extension for the submission of the Government's responses to the defendants' pretrial motions.  Currently the Government's responses are due on March 15, 2022.  If granted, the extension would make the Government's responses due on April 15, 2022.  Oral argument on those motions is currently scheduled for April 21, 2022.

    All defense counsel consent to the Government's extension request.  This is the Government's second such request.  If this request is acceptable to the Court, the Government asks that it so-order this letter.  The Government is available to discuss these issues with the Court at its convenience if necessary.

                          Respectfully submitted,

                          PHILIP R. SELLINGER
                          United States Attorney

                          *s/ Jason S. Gould*
                   By:  Jason S. Gould
                          Joshua L. Haber
                          Assistant U.S. Attorneys

Cc: All defense counsel (by email)