**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                        Date: 8/3/2022
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 20-578**

UNITED STATES OF AMERICA
       vs.

Jeffrey Andrews
Chad Beene
Adam Brosius

**APPEARANCES:**

Jason Gould, AUSA
Mark Berman, Esq. for Defendant Adam Brosius
David Eskew, Esq. for Defendant Adam Brosius
Janel Alania, Esq. for Defendant Adam Brosius
Michael Wynne, Esq. for Defendant Chad Beene
Michael Engle, Esq. for Defendant Jeff Andrews
Jim Turner, Esq. for Defendant
Clients present by video conference.

**Nature of Proceedings**:     MOTION HEARING HELD by ZOOM video conference

Hearing held with oral argument as to the pending motions for bill of particulars.
Court reserved in part and denied in part.
Trial in this matter is scheduled for 4/3/2023.
Order to issue.

**Time Commenced: 10:30**
**Time Adjourned: 12:00**
**Total Time:** 1:30


                                                         RoseMarie Olivieri
                                                       SENIOR COURTROOM DEPUTY