# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JEFFREY ANDREWS,<br>CHAD BEENE, and<br>ADAM BROSIUS<br><br>*Defendants*. | Crim. No. 20-578<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter was opened to the Court on the motions of Defendant Jeffrey Andrews, D.E. 60, 61; Defendant Adam Brosius, D.E. 62; and Defendant Chad Beene, D.E. 63, 64, 65, 66, 67, 68, 69, 70. The Government filed opposition, D.E. 79. The Court then heard oral argument on August 3, 2022 and issued a verbal ruling. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 9th day of August 2022 hereby

**ORDERED** that that Defendants' motions for a bill of particulars is **DENIED**. As represented by the Government, the Government shall provide Defendants with the identity of the six individuals and the claim amounts in Counts 2 through 7, the identity of the specific marketing

companies referred to in the Indictment, and the identity of the commercial payors referenced in Counts 3 through 5[1]; and it is further

**ORDERED** that Defendant Brosius' motion to dismiss Count 1 and Count 8 as duplicitous, and motion to strike surplusage from the Indictment, are **DENIED**; and it is further

**ORDERED** that Defendant Beene's motion for a *Kastigar* hearing is **DENIED**; and it is further

**ORDERED** that Defendants' motions are otherwise **DENIED without prejudice** except that Defendants' motion to file additional motions if necessary is **GRANTED**; and it is further

**ORDERED** that trial in the matter shall commence on April 3, 2023 at 9:30 a.m. The parties shall meet and confer on a scheduling order as to the disclosure of F.R.E. 404(b), *Giglio*, and Jencks Act information; the filings of motions *in limine*; and the disclosure of proposed jury instructions, witness lists, exhibits lists, additional voir dire questions, and a joint neutral statement of the case.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

---

[1] As also discussed, if after the production of Jencks Act materials, there are individuals or entities with substantive information (such as an unindicted co-conspirator or a victim) who have not been disclosed to the defense, the Government shall disclose to the defense the identity of such individual and/or entity.